United States Court of Appeals
 for the district of columbia circuit

Nos. 00-3123, 00-3124 September Term, 2001
 Filed On: March 29, 2002 [668343]

In re: Sealed Case Nos. 96cr00106-01, 
 97cr00093-01 
 

 
 Before: Edwards, Henderson, and Garland, Circuit Judges.

 O R D E R

 It is ORDERED by the court that the opinion filed by the court on March 22, 2002
be amended to substitute "we affirm the appellant's conviction in No. 00-3123 and we
dismiss his appeal in No. 00-3124." with "we affirm the appellant's conviction in No. 00-
3124 and we dismiss his appeal in No. 00-3123." on page 10 of the opinion. It is

 FURTHER ORDERED that the Clerk be directed to vacate the judgment filed March
22, 2002, and enter a new judgment in accordance with this order.

 Per Curiam

 For the Court:

 Mark Langer
 Clerk